| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi (Bar No. 266572)<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone:  (818) 783-6251<br>Facsimile:  (818) 783-6253<br>jhayes@SRHLawFirm.com<br>matthew@SRHLawFirm.com<br>roksana@SRHLawFirm.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* DEBTOR | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: Case No. 1:14-bk-13347-VK |
|---|---|
| | CHAPTER: 11 |
| GRIGOR DUMANYAN, | **NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** |
| Debtor(s). | No Hearing Required |

The court has set a deadline of _____ May 13 _____, 20 15 __ (Bar Date), for creditors in the above-referenced matter to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIMS MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
☑ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

    You may obtain a Proof of Claim form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the court.  Some of the exceptions to this deadline for filing Proofs of Claim include: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of government units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

    For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a Proof of Claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the Bar Date, whichever is later.

    For claims of "government units," as that term is defined in 11 U.S.C. § 101(27), Proofs of Claims are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) the Bar Date, whichever is later. 11 U.S.C.§ 502(b)(9).

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a Proof of Claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) the Bar Date, whichever is later.

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules. The filing of a Proof of Claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim, you must file a Proof of Claim.

**FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE TIMELY A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date:  02/26/2015

By:  /s/ Roksana D. Moradi
Signature of Debtor, or attorney for Debtor

Name:  Roksana D. Moradi
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 2                    **F 2081-1.6.NOTICE.BARDATE**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/26/2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Russell Clementson**    russell.clementson@usdoj.gov
- **Angela Frazier**    angela.frazier@wellsfargo.com
- **Marian Garza**    ecfnotices@ascensioncapitalgroup.com
- **Arnold L Graff**    ecfcacb@piteduncan.com
- **M Jonathan Hayes**    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com
- **Gina J Kim**    gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforuptcy.com
- **Kevin T Simon**    kevin@srhlawfirm.com, ktsecf@gmail.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Robert P Zahradka**    ecfcacb@piteduncan.com, RPZ@ecf.inforuptcy.com

**II.  SERVED BY U.S. MAIL:** On **2/26/2015** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Hon. Victoria S. Kaufman**
**U.S. Bankruptcy Court**
**Central District – Valley Branch**
**21041 Burbank Blvd., Suite 354**
**Woodland Hills, CA 91367**

**Grigor Dumanyan**
**14535 Weddington Street, #1**
**Sherman Oaks, CA 91411**

SIMON RESNIK
HAYES LLP

1

**All Creditors:**

**American Honda Finance**
**3625 W Royal Ln, Ste 200**
**Irving, TX 75063**

**Asset Acceptance**
**Attn: Bankrupcy Dept**
**PO Box 2036**
**Warren, MI 48090**

**BMW Financial Services**
**5550 Britton Parkway**
**Hilliard, OH 43026**

**Cal-Western Reconveyance**
**525 E. Main Street**
**El Cajon, CA 92020**

**California Credit Union**
**701 N Brand Blvd**
**Glendale, CA 91203**

**Capital One, N.A.**
**Bankruptcy Dept**
**PO Box 5155**
**Norcross, GA 30091**

**Certified Federal C U**
**5601 E.Washington Blvd.**
**Commerce, CA 90040**

**Chase**
**PO Box 15298**
**Wilmington, DE 19850**

**City of Glendale, Water and Power**
**141 North Glendale Ave., Level 2**
**Glendale, CA 91206**

**Credit Solutions Corp**
**5454 Ruffin Rd., Suite 200**
**San Diego, CA 92123**

**Franchise Tax Board**
**Attn: Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Midland Credit Management**
**PO Box 939019**
**San Diego, CA 92193**

**NCO Fin /99**
**PO Box 15636**
**Wilmington, DE 19850**

**Portfolio Recovery**
**Attn: Bankruptcy**
**PO Box 41067**
**Norfolk, VA 23541**

**Sequoia Financial Svcs**
**500 N Brand Blvd**
**Glendale, CA 91203**

**Wells Fargo Home Mortgage**
**PO Box 10335**
**Des Moines, IA 50306**

**Xerox State & Local So**
**312 W 2nd St**
**Los Angeles, CA 90012**

**REMOVED**
**CREDITORS/RETURNED MAIL:**

~~**Hilco Rec**~~
~~**Attn: Bankruptcy**~~
~~**1120 Lake Cook Road, Suite B**~~
~~**Buffalo Grove, IL 60089**~~

~~**Southwest Credit Systems**~~
~~**5910 West Plano Parkway, Ste. 10**~~
~~**Plano, TX 75093**~~

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **5/30/2014** I served the following
person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
<u>will be</u> completed no later than 24 hours after the document is filed.

SIMON RESNIK
HAYES LLP

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **2/26/2015** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

3

**SIMON RESNIK
HAYES LLP**